IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**RON STRICKLAND**                                                         **PLAINTIFF**

**V.**                                             **CIVIL ACTION NO. 3:15-CV-210-HTW-LRA**

**PLASTIPAK PACKAGING, INC., ET AL.**                        **DEFENDANTS**

### ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the court pursuant to the Report and Recommendation [docket no. 37] of United States Magistrate Judge Linda Anderson, which recommends dismissal of this lawsuit for failure to prosecute. Plaintiff has filed no objection.

Based upon the evidence in the Report and Recommendation, this court hereby adopts the Report and Recommendation of the United States Magistrate Judge as the order of this court. The plaintiff's lawsuit is dismissed, without prejudice, for failure to prosecute.

**SO ORDERED, THIS THE 26th DAY OF FEBRUARY, 2016.**

                                                    s/ HENRY T. WINGATE
                                                    **UNITED STATES DISTRICT JUDGE**